UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING     21-md-3010 (PKC)
ANTITRUST LITIGATION
-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

SKINNYSCHOOL, LLC and MINT ROSE DAY
SPA LLC,

                Plaintiffs,

                                                                               21-cv-7045 (PKC)

        -against-     ORDER

GOOGLE LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        For the reasons set forth in the Opinion and Order of March 1, 2024 (21 MD 3010, ECF 701), the motions to dismiss plaintiffs' claims are GRANTED and the Clerk is respectfully directed to close SkinnySchool, LLC, et al. v. Google LLC, 21 Civ. 7045 (PKC).

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
           March 4, 2024